UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 500 NORTH AVENUE, LLC, | : | |
|    Plaintiff, | : | |
| | : | NO. 3:10CV1281 (MRK) |
| v. | : | |
| | : | |
| THE CITY OF BRIDGEPORT, ET AL. | : | |
|    Defendants | : | FEBRUARY 25, 2011 |

## MOTION TO DISQUALIFY COUNSEL

The defendants in the above-captioned action, the City of Bridgeport, Dennis Buckley, and the Bridgeport Planning and Zoning Commission, hereby move that Daniel A. Silver and all other attorneys in the law firm Silver & Silver LLP be disqualified from representing plaintiff 500 North Avenue LLC in this action pursuant to Rule 83.2(a) of the Rules of the United States District Court for the District of Connecticut and Rule 3.7 of the Rules of Professional Conduct of the State of Connecticut. Defendants file herewith a Memorandum of Law in support of this Motion.

On December 15, 2010, Plaintiff filed the Declaration of Daniel A. Silver in support of its Motion for Partial Summary Judgment. In that Declaration, Attorney Silver provided evidence as a witness in support of that Motion. Defendants have issued a Notice of Deposition and Subpoena Duces Tecum to Attorney Silver, which are attached to the Memorandum of Law as Exhibits A and B respectively. Defendants intend to call Attorney Silver as a witness at the trial of this matter or at any hearing on Plaintiff's Motion for Partial Summary Judgment.

**ORAL ARGUMENT REQUESTED**

As explained in detail in the Memorandum of Law filed herewith, because Attorney Silver is a necessary witness with respect to the Motion for Partial Summary Judgment and to this action as a whole, he and all other attorneys in his firm, Silver & Silver LLP, should be disqualified from representing Plaintiff in this action.

DEFENDANTS THE CITY OF BRIDGEPORT , DENNIS BUCKLEY AND BRIDGEPORT PLANNING AND ZONING COMMISSION

By: \_\_\_\_/s/_____
Michael G. Caldwell, ct 26561
Associate City Attorney
Office of the City Attorney
999 Broad Street—2nd Floor
Bridgeport Ct 06604
Tel. (203) 275-5241
Fax (203) 576-8252
michael.caldwell@bridgeportedu.net

## **CERTIFICATE OF SERVICE**

On the date above stated, a copy of the foregoing was served on Plaintiff via electronic mail to Plaintiff's counsel, to which Plaintiff's counsel has consented by registration with the CM-ECF system, as follows:

Daniel A. Silver
Silver & Silver LLP
Daniel@lawsilver.com


    /s/
Michael G. Caldwell, ct 26561