THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 500 NORTH AVENUE, LLC, a Connecticut Limited Liability Company | : | CASE NO. 3:10cv01281 (JBA) |
| Plaintiff | | |
| vs. | | |
| THE CITY OF BRIDGEPORT, CONNECTICUT, a Municipal Corporation; and DENNIS BUCKLEY in his official capacity as Zoning Enforcement Officer for the City of Bridgeport, Connecticut | | DECEMBER 9, 2015 |
| Defendants | | |

### NOTICE OF CONSENT OF PARTIES FOR THE PLAINTIFF'S WITHDRAWAL OF ITS MOTION FOR CONTEMPT

1. On October 6, 2015 the Plaintiff, 500 North Avenue, LLC, filed a Motion for Contempt in the above matter.

2. The dispute between the parties which resulted in the Motion for Contempt has been resolved.

WHEREFORE, the parties mutually consent to the withdrawal of the Plaintiff's Motion for Contempt (Doc 115) dated October 6. 2015.

/s/Daniel A. Silver
Daniel A. Silver (ct08183)
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
(860) 225-3518
fax (860) 348-0612
Daniel@lawsilver.com
Attorney for Plaintiff


/s/ Arthur C. Lasky, III
Arthur C. Lasky, III
Office of the City Attorney
City of Bridgeport
999 Broad Street
Bridgeport, CT 06606

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2015, a copy of the foregoing Consent of Parties to the Plaintiff's Withdrawal of its Motion for Contempt was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                      s/s Daniel A. Silver
                                      Daniel A. Silver (ct08183)
                                      Silver & Silver LLP
                                      One Liberty Square
                                      New Britain, CT 06051
                                      phone: (860) 225-3518
                                      fax: (860) 348-0612
                                      email: Daniel@lawsilver.com