UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 500 NORTH AVENUE, LLC, a Connecticut Limited Liability Company Plaintiff, | : | CASE NO. 3:10CV1281 (MRK) |
| vs. | : | |
| The City of Bridgeport, Connecticut a Municipal Corporation; and DENNIS BUCKLEY in his official capacity as Zoning Official and the Bridgeport Planning and Zoning Commission Defendants. | : | DECEMBER 10, 2015 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw her appearance in the above captioned matter for the City of Bridgeport and Dennis Buckley. The undersigned has resigned her position as Associate City Attorney with the City of Bridgeport, and will no longer be representing the City, its employees or interests after December 11, 2015.

The Defendants are represented by other counsel, who have entered their appearance in the file. There will be no delay in the proceedings.

**THE DEFENDANTS,**

BY: _____/s/_____
Betsy A. Ingraham, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203.576.7647
Email: betsy.ingraham@bridgeportct.gov
Fed. Bar. No. ct 27820

1

## **CERTIFICATE OF SERVICE**

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     /s/
                                         Betsy A. Ingraham